```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/22/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Gamble,

            Plaintiff,

    –v–

Fieldston Lodge Nursing and Rehabilitation Center, *et al.*,

            Defendants.

20-cv-10388 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Court has reviewed the parties proposed case management plan and joint letter. The Court determines that an initial conference is not necessary and will enter the case management plan without a conference. The conference scheduled for February 26, 2021 is cancelled.

SO ORDERED.

Dated: February 22, 2021
       New York, New York

_____
          ALISON J. NATHAN
       United States District Judge