UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Gamble,

               Plaintiff,

     –v–

Fieldston Lodge Nursing and Rehabilitation Center et al,

              Defendants.

20-cv-10388 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    Plaintiff is ordered to file an opposition to Defendants' Motion to Dismiss (Dkt. No. 19), if she chooses to do so, by November 12, 2021. Defendants' reply, if any, should be filed by December 3, 2021.

SO ORDERED.

Dated: October 15, 2021
       New York, New York

                                      ALISON J. NATHAN
                                    United States District Judge